IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENNIS BRACEY**                                                                                    **PLAINTIFF**

v.                                  **CASE NO. 4:24-cv-00020-BSM**

**RUSTY McCOY**                                                                                      **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of May, 2025.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE